UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

LAURICE A. WHITE,

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                            7:05-cv-1013 (GLS/GJD)

COMMISSIONER OF SOCIAL SECURITY

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

CONBOY, MCKAY LAW FIRM       LAWRENCE D. HASSELER, ESQ.
307 State Street
Carthage, New York 13619

**FOR THE DEFENDANT:**

HON. GLENN T. SUDDABY        WILLIAM H. PEASE
United States Attorney for the     Assistant U.S. Attorney
   Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Chief Magistrate Judge Gustave J. DiBianco, duly filed March 4, 2008.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Chief Magistrate Judge Gustave J. DiBianco filed March 4, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Commissioner's decision denying disability benefits is **AFFIRMED** and Plaintiff's complaint is **DISMISSED**, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

IT IS SO ORDERED

Dated:    March 26, 2008
          Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge